**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ELIZABETH ANNE EVANS,

Plaintiff,

v.

LILYMIX.SHOP,

Defendant.

Case No.: 1:26-cv-11285

Judge Lindsay C. Jenkins

Magistrate Judge Karyn L Bass Ehler

**AMENDED SCHEDULE A TO AMENDED COMPLAINT**

| No. | Defendant |
|---|---|
| 1 | lilymix.shop |